Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Florentino Leanillo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO LEANILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX, INC., ET AL.,<br><br>        Defendants. | Case No.: 4:17-cv-00507-YGR<br><br> ORDER GRANTING **STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Florentino Leanillo and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER -1-

DATED: May 26, 2017                        **Sagaria Law, P.C.**

                               By:    */s/ Elliot Gale*
                                    Elliot Gale
                                    Attorney for Plaintiff Florentino Leanillo


DATED: May 26, 2017                        **Nokes & Quinn, APC**

                               By:    */s/ Thomas P. Quinn, Jr.*
                                    Thomas P. Quinn, Jr.
                                    Attorney for Defendant Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.


*/s/ Elliot Gale*


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:     <u>May 26, 2017</u>

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE